Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@semenzarickard.com
Rachael E. Rebich, Esq., Bar No. 17611
Email: rer@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendant Angelina Mattioda*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SURGICAL INFORMATION SYSTEMS, LLC, a Georgia limited liability company,<br><br>Plaintiff<br><br>v.<br><br>ANGELINA MATTIODA, an individual; DOES I-X; and ROES I-X, inclusive,<br><br>Defendant | Case No: 2:26-cv-03420-CDS-DJA<br><br>**STIPULATION AND ORDER REMANDING CASE TO STATE COURT**<br><br>[ECF No. 8] |

Defendant Angelina Mattioda ("Mattioda") and Plaintiff Surgical Information Systems, LLC ("SIS") (collectively, the "Parties"), by and through their undersigned counsel of record, stipulate and agree that this matter be remanded back to the Eighth Judicial District Court, Nevada, Case No. A-26-952224C, Department 25. In support thereof, the Parties state as follows:

1. On October 19, 2026, Mattioda filed a Notice of Removal removing this matter to this Court. (ECF No. 1.)

2. On October 20, 2026, Mattioda filed a Demand for Security of Costs pursuant to NRS 18.130. (ECF No. 3.)

3. Following that time, the Parties met and conferred regarding Plaintiff's intent to file a motion to remand the action back to the State Court.

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

4. Based upon this conferral, Mattioda agreed to stipulate to remand this action back to the State Court provided that the Parties also stipulate to stay this matter following remand for a period of 30 days for the purpose of settlement discussions.

5. Simultaneous with the instant Stipulation, the Parties have prepared and signed a stipulation to be filed with the State Court following remand which stays the proceedings.

Based upon the foregoing, the Parties stipulate and agree that:

1. Mattioda hereby withdraws her Demand for Security of Costs. (ECF No. 3.)

2. This matter be remanded back to the Eighth Judicial District Court, Nevada, Case No. A-26-952224C, Department 25.

Dated this 17th day of November 2026.

*/s/ Chad C. Butterfield*
Joshua A. Sliker, Esq.
Nevada Bar No. 12493
Chad C. Butterfield
Nevada Bar No. 10532
JACKSON LEWIS, P.C.
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
*Attorneys for Plaintiff*

*/s/ Jarrod L. Rickard*
Jarrod L. Rickard, Esq.
Nevada Bar No. 10203
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendant*

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby ordered that the Demand for Security of Costs **[ECF No. 3] is WITHDRAWN**. The Clerk of the Court is kindly directed to REMAND this matter to the Eighth Judicial District Court, Nevada, Case No. A-26-952224-C, Department 25, and close this case.

UNITED STATES DISTRICT JUDGE

Dated: November 18, 2026

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803